T. F. West, Attorney General, for Defendant in Error.

———

The Fourth National Bank of Jacksonville, a Corporation, Appellant, v. George W. Wetmore, Appellee.

An appeal from a Decree for the Circuit Court for Duval County.

Kay & Doggett and T. B. Adams, for Appellant;

Cockrell & Cockrell, for Appellee.

———

J. H. Alison, Appellant, v. Otto H. Helveston, Appellee.

Appeal from a Decree of the Circuit Court for Levy County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

W. S. Broome, for Appellant;

Pinnell & Son, for Appellee.